*In re* ÁNGEL D. LÓPEZ LÓPEZ.

*Número:* 10354          *Resuelto:* 2 de marzo de 2001

Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías, en informe; Mady Pacheco García de la Noceda, Directora Ejecutiva del Colegio de Abogados de Puerto Rico, representante del Colegio de Abogados de Puerto Rico; Ángel D. López López, pro se.

---

## RESOLUCIÓN

Examinado el Informe de la Directora de la Oficina de Inspección de Notarías sobre el cumplimiento de Ángel D. López López con las órdenes de este Tribunal e informado este Tribunal de que el peticionario ha contestado satisfactoriamente las quejas que estaban pendientes y ha manifestado su compromiso de siempre cumplir estrictamente con los cánones del Código de Ética Profesional, se autoriza su reinstalación tanto al ejercicio de la abogacía como el de la notaría.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

<div align="center">

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*